# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

157903(108)(111)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

In re L.M.B., Minor.

SC: 157903
COA: 338169
Wayne CC Family Division:
16-000241-AD

_____/

On order of the Chief Justice, the motion to extend the time for filing the appellant's supplemental brief is GRANTED. The supplemental brief submitted on November 30, 2018, is accepted as timely filed. On further order of the Chief Justice, the motion of attorney Elliot Margolis to withdraw as counsel for appellee Sarna is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk